# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 20, 2025

**CASE OF:** The Florida Bar v. Malik Leigh

**DOCKET NO.:** SC2023-0518

**OPINION FILED:** March 13, 2025

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 3, line 5, "paralegal" was changed to "court reporter" in the second full sentence.

**SIGNED: OPINION CLERK**